UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*FILED ELECTRONICALLY*

| | |
|---|---|
| PAULA DAVIS,                                    ) | |
|                                                       ) | |
|      PLAINTIFF                     ) | |
|                                                       ) | |
| v.                                                  ) | CASE NO.  5:16-cv-00123-JMH |
|                                                       ) | |
| LIFE INSURANCE                          ) | |
| COMPANY OF NORTH AMERICA,  ) | |
|                                                       ) | |
|     DEFENDANT                   ) | |

**JOINT MOTION FOR ORDER
<u>TO FILE ADMINISTRATIVE RECORD UNDER SEAL</u>**

Plaintiff, Paula Davis, and Defendant, Life Insurance Company of North America ("LINA") by their respective counsel, hereby jointly move for entry of an order requiring that the Administrative Record in this matter be filed under seal.

As grounds for this Motion, the administrative record contains extensive medical records reflecting Plaintiff's medical history which are considered by the Plaintiff as confidential and personal. Defendant represents that the Administrative Record is large and in many locations contains identifying private, personal, or financial information about the Plaintiff and/or her medical condition.  Because the administrative record in this case is very large, and because this sensitive private information comprises a majority of the content of the record, redaction is not practical.  Moreover, redaction of personal identifiers would not protect Plaintiff's privacy as this action is necessarily brought in her own name.  LINA will provide to Plaintiff a true copy of the Administrative Record as filed with Court under seal.

Respectfully submitted,

/s/Elizabeth A. Thornsbury (by DAC with permission)
M. Austin Mehr
Elizabeth A. Thornsbury
Mehr Fairbanks & Peterson Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY  40507
Elizabeth@austinmehr.com
amehr@austinmehr.com

***Counsel for Plaintiff, Paula Davis***

/s/David A. Calhoun
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
mitziwyrick@wyattfirm.com
dcalhoun@wyattfirm.com

***Counsel for Defendant, Life Insurance Company of North America***

61504674.1

2